NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAYNE CHRISTENSEN COMPANY AND ARUP K. SENGUPTA,**
*Plaintiffs-Appellees,*

v.

**BRO-TECH CORPORATION (DOING BUSINESS AS THE PUROLITE COMPANY),**
*Defendant-Appellant.*

---

2012-1178

---

Appeal from the United States District Court for the District of Kansas in case no. 09-CV-2381, Senior Judge John W. Lungstrum.

---

## ON MOTION

---

## ORDER

Upon consideration of Bro-Tech Corporation's notification that the district court amended its final judgment on June 29, 2012,

IT IS ORDERED THAT:

(1) The stay of the briefing schedule is lifted.

(2) Bro-Tech Corporation's opening brief is due no later than 60 days following the date of this order.

FOR THE COURT

JUL 30 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Patrick D. Kuehl, Jr., Esq.
David R. Francescani, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 30 2012

JAN HORBALY
CLERK